UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Case No.: 16-21574-AJC
Chapter 13

**MARIA L. LONDONO,**

    Debtor.
_____/

### SUPPLEMENTAL OBJECTION TO CONFIRMATION OF DEBTOR'S FIRST MODIFIED CHAPTER 13 PLAN

Secured Creditor, **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF CHALET SERIES III TRUST** ("Secured Creditor"), hereby supplements its Objection to debtor's First Modified Chapter 13 Plan, and states:

1. On April 25, 2019, Secured Creditor filed an Objection to Debtor's first Modified Plan (D.E.60)

2. Debtor is currently due under the Loan Modification for October 1, 2018.

3. The Total Amount due to Secured Creditor as of the filing of this Supplemental Objection is $18,166.34 including unapplied funds in the amount of $-391.56

4. Secured Creditor objects to any modified plan which proposes to pay anything less than $1,613.25 per month and $18,166.34 for post-petition arrearage, payable in equal monthly payments over the life of the plan.

5. Secured Creditor hereby requests that Debtor modifies the Chapter 13 Plan to conform to the terms within the executed Loan Modification and filed Notice of payment change, as well as the negative escrow accrued by Secured Creditor.

6. Debtor's plan should also account for future tax and insurance obligations.

*Case No.: 21574-AJC*

7. Secured Creditor reserves the right to supplement this Objection.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court, denies Debtor's First Modified Chapter 13 Plan, and for any such other relief that the Court deems just and proper.

**Dated this 17th day of April, 2019.**

        Respectfully submitted,

        **GHIDOTTI | BERGER, LLP**
        *Attorneys for Secured Creditor*
        3050 Biscayne Blvd. - Suite 402
        Miami, Florida 33137
        Telephone: (305) 501.2808
        Facsimile: (954) 780.5578

        By:  s/ Chase A. Berger
            Chase A. Berger, Esq.
            Florida Bar No. 083794
            cberger@ghidottiberger.com

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4 (B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

        By:   /s/ Chase A. Berger
            Chase A. Berger, Esq.

*Case No.: 21574-AJC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 17th, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Maria L. Londono**
13927 S.W. 52nd Lane
Miami, FL 33175

*Debtor's Counsel*
**Ray Garcia, Esq.**
14850 S.W. 26th Street, #204
Miami, FL 33185

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger

Chase A. Berger, Esq.